AO 91 (Rev. 11/11) Criminal Complaint

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 28, 2021*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LUIS ALONZO MARTINEZ | ) | Case No. **4:21-MJ-1653** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 24th, 2021** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 16 U.S.C.§ 707(b)(2) | sell, offer for sale, barter or offer to barter, any migratory bird |
| Lacey Act 16 U.S.C. §§ 3372(a)(1), 3372(a)(2)(A), 3373(d)(1)(B) | Interstate commercial trade of wildlife taken, possessed, transported, or sold in violation of any law, treaty, or regulation of the United States. |
| Conspiracy, 18 U.S.C. § 371 | Conspiracy to commit offense or to defraud United States |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Michael Snodgrass, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/28/2021

*Judge's signature*

City and state: Houston, Texas

Christina A. Bryan, U.S. Magistrate Judge
*Printed name and title*